IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENJAMIN PITTS**                                                                                            **PLAINTIFF**
**ADC #148011**

V.                                   NO. 4:20-cv-00849-KGB-ERE

**DEXTER L. PAYNE,** *et al.*                                                                       **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections:**

This Recommendation has been sent to Judge Kristine G. Baker. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.**   **Discussion:**

Benjamin Pitts, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2.* Mr. Pitts claims that Defendants interfered with his ability to practice his religion. He asserted claims under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") and the

First Amendment against ADC Director Dexter L. Payne, Warden James Gibson, Deputy Warden Christopher Johnson, and Chaplain Dexter McDonnell.

Pending before the Court is a joint motion to dismiss Mr. Pitts' claims with prejudice. *Doc. 57*. In the motion, the parties explain that they have reached a settlement agreement. Under the terms of the agreement, Mr. Pitts agrees to "release[] and waiv[e] all claims that were brought or could have been brought against the Defendants or the ADC in this Action." *Doc. 57-2 at 1*. In exchange, ADC officials will provide Mr. Pitts a religious accommodation to wear his hair in dreadlocks subject to certain restrictions.[1] *Doc. 57-1 at 2*; *Doc. 57-2 at 1*. All parties have signed the settlement agreement. *Doc. 57-1 at 5-6*.

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. The joint motion to dismiss (*Doc. 57*) be GRANTED.

2. Mr. Pitts' complaint be DISMISSED, with prejudice.

3. The Clerk be instructed to close this case.

Dated this 17th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] These restrictions are as follows: (1) the dreadlocks must be kept "soft and bendable"; (2) "the maximum length of the dreadlocks will be at the bottom of [Mr. Pitts'] shoulder blades"; and (3) the religious accommodation will be revoked if Mr. Pitts is found to have contraband in his hair. *Doc. 57-1 at 2*.