# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BENJAMIN PITTS**                                                                                          **PLAINTIFF**
**ADC #148011**

v.                                    Case No. 4:20-cv-00849-KGB-ERE

**DEXTER PAYNE, Director**                                                                    **DEFENDANTS**
**Arkansas Department of Correction,** *et al.*

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Benjamin Pitts's complaint is dismissed with prejudice (Dkt. No. 2). The Court retains jurisdiction over the parties' agreed upon settlement.

It is so adjudged this 22nd day of December, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge